USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/29/2025

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

August 28, 2025

**Via ECF**

Hon. Katherine H. Parker, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

**APPLICATION DENIED**

/s/ Katharine H. Parker
KATHARINE H. PARKER
United States Magistrate Judge

08/29/2025

**Re: Seenarine v. Ariston Chimney Limited Liability Company et al**
  Case No. 24-CV-07359 (MMG)(KHP)
  Motion to Appear Remotely

Dear Magistrate-Judge Parker:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request that the September 2, 2025 settlement conference be held remotely. This request is being made because remote participation would increase convenience and save time and resources that can potentially be devoted towards a settlement. We recognize that Your Honor may choose not to grant this request and are fully prepared to appear in person but feel it's worth the shot given the potential benefits. Defendants do not object to this request.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq.
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

1