# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

March 30, 2026

*Via ECF*
Hon. Judge Margaret Garnett
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Seenarine v. Ariston Chimney Limited Liability Company, et al*
            *Index No.: 24-CV-07359 (MMG)*

Dear Honorable Judge Garnett:

This office represents Defendants in the above referenced action. I am writing on behalf of all parties to respectfully request an extension of time. On February 27, 2026, the parties submitted a joint letter to the court notifying the court that the parties had reached an agreement-in-principle to resolve the case. (Dkt # 30.) On March 3, 2026, the court entered an order directing the parties to submit the settlement papers by today, March 30, 2026. (Dkt # 31.) The parties have been working cooperatively and diligently. However, we are still working on finalizing the paperwork. Accordingly, we respectfully request an extension until April 10, 2026 to submit the paperwork. This is the parties' first request for an extension. Should the court grant this request, no future deadlines or appearances would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

Joshua Beldner

*CC VIA ECF*
Counsel for all parties

GRANTED. The deadline for the parties to submit settlement paperwork is EXTENDED until **April 10, 2026**.

SO ORDERED. Dated April 1, 2026

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE