**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gowkarran Seenarine,<br><br>                        Plaintiff,<br><br>    -v-<br><br>Ariston Chimney Limited Liability Company,<br>BW Services LLC, and<br>Benjamin Wachsler,<br><br>                     Defendants. | Civ. Action #: 24-CV-07359<br>(MMG)(KHP)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 13, 2026; and Defendant BW Services LLC, having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Gowkarran Seenarine in the amount of $20,000.00;

ORDERED and ADJUDGED that judgment is entered in favor of Gowkarran Seenarine and against Defendant BW Services LLC, in the amount of $20,000.00.

**Dated: April 14 , 2026**
**New York, New York**

Pursuant to the terms of the accepted Offer of Judgment (Dkt. No. 35), the claims against Defendants Benjamin Wachsler and Ariston Chimney Limited Liability Company are also dismissed.

SO ORDERED. Dated April 14, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

_____
*Hon. Margaret M. Garnett*
*United States District Judge*